[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 28, 2009
THOMAS K. KAHN
CLERK

No. 08-17068
Non-Argument Calendar

—————————————

D.C. Docket No. 08-80029-CR-KAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YOEL VALDES CLAVEL,
a.k.a. Noel Reyes,

Defendant-Appellant.

————————

Appeal from the United States District Court for the
Southern District of Florida

————————

((August 28, 2009)

Before EDMONDSON, PRYOR and COX, Circuit Judges

PER CURIAM:

Mark Graham Hanson, appointed counsel for Yoel Valdes Clavel in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clavel's conviction and sentence are **AFFIRMED**.